

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA SALDANA-FOUNTAIN, | § | No. 08-12-00322-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 384th District Court |
| CHAVEZ LAW FIRM, ENRIQUE CHAVEZ, JR. AND CHAVEZ LAW, P. C., | § | of El Paso County, Texas |
| | § | (TC# 2011-2939) |
| Appellees. | § | |

# **O R D E R**

The Court GRANTS the Appellant′s third motion for extension of time to file the brief until **April 28, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Maria Saldana-Fountain, the Appellant, prepare the Appellant′s brief and forward the same to this Court on or before **April 28, 2013.**

IT IS SO ORDERED this 27th day of March, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.